PER CURIAM.
 

 Although the appellant, Anthony Sudol, fashions this appeal as an appeal from a judgment and sentence imposed by the trial court, it appears that Mr. Sudol is actually attempting to appeal an order under Florida Rule of Criminal Procedure 3.800(c) granting a motion for reduction and modification of a sentence. As such an order is not appealable, we dismiss this appeal.
 
 See Jackson v. State,
 
 936 So.2d 775 (Fla. 5th DCA 2006);
 
 Hunker v. State,
 
 397 So.2d 934 (Fla. 5th DCA 1981). Moreover, if this had been an appeal from a judgment and sentence, we would have affirmed inasmuch as the sentence issued conforms to the plea bargain and is legal.
 

 DISMISSED.
 

 MONACO, C.J., SAWAYA and JACOBUS, JJ., concur.